**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA

Case number *(if known)*: _____

Chapter you are filing under:
- ☐ Chapter 7
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

Official Form 101
# Voluntary Petition for Individuals Filing for Bankruptcy
12/22

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Identify Yourself

| | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|---|
| 1. | **Your full name** | | |
| | Write the name that is on your government-issued picture identification (for example, your driver's license or passport). | **Jong**<br>First name<br>**Uk**<br>Middle name<br>**Byun**<br>Last name and Suffix (Sr., Jr., II, III) | First name<br><br>Middle name<br><br>Last name and Suffix (Sr., Jr., II, III) |
| | Bring your picture identification to your meeting with the trustee. | | |
| 2. | **All other names you have used in the last 8 years**<br>Include your married or maiden names and any assumed, trade names and *doing business as* names.<br>Do NOT list the name of any separate legal entity such as a corporation, partnership, or LLC that is not filing this petition. | | |
| 3. | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx-xx-1067 | |

Official Form 101    Voluntary Petition for Individuals Filing for Bankruptcy    page 1

Debtor 1    Jong Uk Byun    Case number *(if known)*

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |

**4. Your Employer Identification Number (EIN), if any.**

EIN

EIN

**5. Where you live**

3439 Padua Ave.
Claremont, CA 91711
Number, Street, City, State & ZIP Code

**Los Angeles**
County

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

Number, P.O. Box, Street, City, State & ZIP Code

**If Debtor 2 lives at a different address:**

Number, Street, City, State & ZIP Code

County

**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.

Number, P.O. Box, Street, City, State & ZIP Code

**6. Why you are choosing *this district* to file for bankruptcy**

Check one:

■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.
Explain. (See 28 U.S.C. § 1408.)

Check one:

☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.
Explain. (See 28 U.S.C. § 1408.)

Debtor 1  **Jong Uk Byun**                                                                 Case number *(if known)*

## Part 2: Tell the Court About Your Bankruptcy Case

**7. The chapter of the Bankruptcy Code you are choosing to file under**

Check one. (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)*). Also, go to the top of page 1 and check the appropriate box.

- ☐ Chapter 7
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

**8. How you will pay the fee**

- ■ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.
- ☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).
- ☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

- ☐ No.
- ■ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | Central District of California - Los Angeles Division | When | 8/14/20 | Case number | 2:20-bk-17433-VZ |
| District | Central District of California - Los Angeles Division | When | 8/03/18 | Case number | 2:18-bk-19004-VZ |
| District | | When | | Case number | |

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

- ■ No
- ☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| Debtor | | | | Relationship to you | |
| District | | When | | Case number, if known | |
| Debtor | | | | Relationship to you | |
| District | | When | | Case number, if known | |

**11. Do you rent your residence?**

- ☐ No.    Go to line 12.
- ■ Yes.   Has your landlord obtained an eviction judgment against you?
  - ■ No. Go to line 12.
  - ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it with this bankruptcy petition.

| Debtor 1 | Jong Uk Byun | Case number *(if known)* |
|---|---|---|

## Part 3: Report About Any Businesses You Own as a Sole Proprietor

**12. Are you a sole proprietor of any full- or part-time business?**

☒ No.  Go to Part 4.

☐ Yes.  Name and location of business

*A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.*

Name of business, if any

*If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.*

Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor* or a debtor as defined by 11 U.S.C. § 1182(1)?**

*For a definition of small business debtor, see 11 U.S.C. § 101(51D).*

*If you are filing under Chapter 11, the court must know whether you are a small business debtor or a debtor choosing to proceed under Subchapter V so that it can set appropriate deadlines.* If you indicate that you are a small business debtor or you are choosing to proceed under Subchapter V, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ No.  I am not filing under Chapter 11.

☒ No.  I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.  I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☐ Yes.  I am filing under Chapter 11, I am a debtor according to the definition in § 1182(1) of the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

## Part 4: Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

☒ No.

☐ Yes.

What is the hazard?

If immediate attention is needed, why is it needed?

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

Where is the property?

Number, Street, City, State & Zip Code

Official Form 101    Voluntary Petition for Individuals Filing for Bankruptcy    page 4

Debtor 1   Jong Uk Byun                                                                                      Case number *(if known)*

## Part 5: Explain Your Efforts to Receive a Briefing About Credit Counseling

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

- [x] **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

  Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

- [ ] **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

  Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

- [ ] **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

  To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

  Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.
  If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

  Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

- [ ] **I am not required to receive a briefing about credit counseling because of:**

  - [ ] **Incapacity.**
    I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

  - [ ] **Disability.**
    My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

  - [ ] **Active duty.**
    I am currently on active military duty in a military combat zone.

  If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

- [ ] **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

  Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

- [ ] **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

  Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

- [ ] **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

  To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

  Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

  If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

  Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

- [ ] **I am not required to receive a briefing about credit counseling because of:**

  - [ ] **Incapacity.**
    I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

  - [ ] **Disability.**
    My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

  - [ ] **Active duty.**
    I am currently on active military duty in a military combat zone.

  If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1  Jong Uk Byun _____  Case number (if known) _____

### Part 6: Answer These Questions for Reporting Purposes

**16. What kind of debts do you have?**

- **16a. Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
  - ■ No. Go to line 16b.
  - ☐ Yes. Go to line 17.

- **16b. Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.
  - ☐ No. Go to line 16c.
  - ■ Yes. Go to line 17.

- **16c.** State the type of debts you owe that are not consumer debts or business debts

**17. Are you filing under Chapter 7?**
- ■ No. I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**
- ☐ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?
  - ☐ No
  - ☐ Yes

**18. How many Creditors do you estimate that you owe?**
- ☐ 1-49
- ■ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

**19. How much do you estimate your assets to be worth?**
- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ■ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**
- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ■ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

### Part 7: Sign Below

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

/s/ Jong Uk Byun
Jong Uk Byun
Signature of Debtor 1                                   Signature of Debtor 2

Executed on  May 3, 2023                                Executed on
             MM / DD / YYYY                                         MM / DD / YYYY

Debtor 1    Jong Uk Byun _____    Case number *(if known)* _____

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

/s/ Giovanni Orantes                          Date  **May 4, 2023**
Signature of Attorney for Debtor                    MM / DD / YYYY

**Giovanni Orantes 190060**
Printed name

**The Orantes Law Firm, A.P.C**
Firm name

**3435 Wilshire Blvd., Suite 2920**
**Los Angeles, CA 90010**
Number, Street, City, State & ZIP Code

Contact phone **(888) 619-8222**        Email address  **go@gobklaw.com**

**190060 CA**
Bar number & State

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Jong | Uk | Byun |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an amended filing

B 104

# For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders

12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an insider. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

**Part 1:** List the 20 Unsecured Claims in Order from Largest to Smallest. Do Not Include Claims by Insiders.

**Unsecured claim**

**1**
Adv. Fin./Grand Pacific
Attn: President or Corp. Officer
5900 Pasteur Ct., Ste. 200
Carlsbad, CA 92008

What is the nature of the claim?   **Time Shared Loan**   **$0.00**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)
      Value of security:
      Unsecured claim

Contact

Contact phone

**2**
Synchrony Bank/Amazon
Attn: President or Corp. Officer
Po Box 965060
Orlando, FL 32896

What is the nature of the claim?   **Charge Account**   **$21.00**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)
      Value of security:

Contact

Debtor 1  Jong Uk Byun    Case number *(if known)*

Contact phone    Unsecured claim

## Part 2: Sign Below

Under penalty of perjury, I declare that the information provided in this form is true and correct.

X  /s/ Jong Uk Byun
Jong Uk Byun
Signature of Debtor 1

X  *[signature]*
Signature of Debtor 2

Date  May 3, 2023

Date  05/04/2023

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Giovanni Orantes 190060**<br>**3435 Wilshire Blvd., Suite 2920**<br>**Los Angeles, CA 90010**<br>**(888) 619-8222 Fax: (877) 789-5776**<br>California State Bar Number: **190060 CA**<br>go@gobklaw.com | |

☐ *Debtor(s) appearing without an attorney*
■ *Attorney for Debtor*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

In re:

**Jong Uk Byun**

CASE NO.:
CHAPTER: **11**

Debtor(s).

### VERIFICATION OF MASTER MAILING LIST OF CREDITORS

[LBR 1007-1(a)]

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __9__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: **May 3, 2023**

/s/ Jong Uk Byun
Signature of Debtor 1

Date:

Signature of Debtor 2 (joint debtor) ) (if applicable)

Date: **May 3, 2023**

/s/ Giovanni Orantes
Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015

F 1007-1.MAILING.LIST.VERIFICATION

Jong Uk Byun
3439 Padua Ave.
Claremont, CA 91711


Giovanni Orantes
The Orantes Law Firm, A.P.C
3435 Wilshire Blvd., Suite 2920
Los Angeles, CA 90010


Adv. Fin./Grand Pacific
Attn: President or Corp. Officer
5900 Pasteur Ct., Ste. 200
Carlsbad, CA 92008


Allen Park
440 S. Vermont Ave., Ste. 301
Los Angeles, CA 90010


Amex
Attn: President or Corp. Officer
Po Box 981535
El Paso, TX 79998


BAE Family Trust Dated Aug. 6, 2015
Young U. Bae, c/o Packo Investments
440 S Vermont Ave., Suite 301
Los Angeles, CA 90020


Bank of America
Attn: President or Corp. Officer
4909 Savarese Circle
Tampa, FL 33634


Bank of Hope
Frandzel Robins Bloom & Csato, L.C
Attention: Hal D. Goldflam
1000 Wilshire Blvd., 19th Floor
Los Angeles, CA 90017

Bejac Corp.
Attn: President or Corp. Officer
569 S. Van Buren St.
Placentia, CA 92870


BMW
Bank of North America
Attn: President or Corp. Officer
Po Box 3608
Dublin, OH 43016


Bok Sook Byun
C/o Steven Polard
1880 Century Park East, Ste. 404
Los Angeles, CA 90067


California Department of Tax & Fee
Administration/Special Ops, MIC:55
Po Box 942879
Sacramento, CA 94279-0055


Capital One
Attn: President or Corp. Officer
Po Box 30285
Salt Lake City, UT 84130


Cemex Constrcution Materials
Attn: President or Corp. Officer
1430 E. Santa Clara St.
Santa Paula, CA 93060


City of Los Angeles
Office of Finance
Po Box 53233
Los Angeles, CA 90053-0233


Coleman & Horowitt, LLP
1880 Century Park East, Suite 404
Los Angeles, CA 90067

Complete Business Solutions Group
Attn: President of Corp. Officer
20 N. 3rd St.
Philadelphia, PA 19106

Complete Business Solutions Group
Attn: President of Corp. Officer
141 N 2nd St.
Philadelphia, PA 19106

Complete Business Solutions Group
Attn: President of Corp. Officer
3255 E South St K-205
Long Beach, CA 90805

Complete Business Solutions Group
C/o Pietragallo Gordon Alfano Bosic
7 West State Street, Suite 100
Sharon, PA 16146

County of San Bernardino
Office of the Tax Collector
268 W. Hospitality Ln., 1st Floor
San Bernardino, CA 92415

CP Construction Co., Inc.
Attn: President or Corp. Officer
105 N. Loma Place
Upland, CA 91786

Creditors Adjustment Bureau, Inc.
Attn: President or Corp. Officer
4340 Fulton Ave., 3rd Floor
Sherman Oaks, CA 91423

Daniel Park
3435 Wilshire Blvd., Suite 2700
Los Angeles, CA 90010

Deutsche Bank National Trust
Attn: President or Corp. Officer
Po Box 24605
West Palm Beach, FL 33416


DLI Assets Bravo, LLC
C/o Parker, Simon & Kokolis
110 N. Washington St., Suite 500
Rockville, MD 20850


DTSC- Site Clean Up Program
Attn: President or Corp. Officer
Po Box 806
Sacramento, CA 95812


Elsner Jaffe
9601 Wilshire Blvd., 7th Floor
Beverly Hills, CA 90210


Employment Development Department
Bankruptcy Group MIC 92E
Po Box 826880
Sacramento, CA 94280-0001


Environmental Protection Agency
1200 Pennsylvania Ave., NW
Washington, DC 20460


Equifax
Po Box 740241
Atlanta, GA 30374


Experian
475 Anton Blvd.
Costa Mesa, CA 92626

```
First Premier Bank
Attn: President or Corp. Officer
Po Box 5524
Sioux Falls, SD 57117


First Progress
Attn: President or Corp. Officer
Po Box 9053
Johnson City, TN 37615


First Savings Bank/Blaze
Attn: President or Corp. Officer
Po Box 5096
Sioux Falls, SD 57117


Franchise Tax Board
Bankruptcy Section, MS: A-340
Po Box 2952
Sacramento, CA 95812-2952


Genesis FS Card Services
Attn: President or Corp. Officer
Po Box 4477
Beaverton, OR 97076


Hose-Man
Attn: President or Corp. Officer
5397 N. Irwindale Ave.
Banks, OR 97106


Hyundai Steel Company
C/o O'Melveny & Myers LLP
400 S. Hope Street, 18th Fl.
Los Angeles, CA 90071


Internal Revenue Service
Po Box 7346
Philadelphia, PA 19101-7346
```

Jinah Oh
21856 S. Vermont Ave., #6
Torrance, CA 90502


Joan Park
C/o Daniel Park
3435 Wislhire Blvd., Suite 2700
Los Angeles, CA 90010


Jourdian DeWard
C/o Daniel Park
3435 Wislhire Blvd., Suite 2700
Los Angeles, CA 90010


Kap Chan Chong, Esq.
3580 Wilshire Blvd., Suite 900
Los Angeles, CA 90010


Los Angeles County Tax Collector
Bankruptcy Unit
Po Box 54110
Los Angeles, CA 90054-0110


Marco Rivera
C/o Law Offices of David J Chang
5300 Beach Blvd., Ste. 110-521
Buena Park, CA 90621


Mohamed Sanfaz
C/o Packo Investments
440 S Vermont Ave., Suite 301
Los Angeles, CA 90020


Municipal Services Bureau
Attn: President or Corp. Officer
8325 Tuscany Way, Bldg. 4
Austin, TX 78754

```
Packo Investments, Inc.
Attn: President or Corp. Officer
440 S. Vermont Ave., Suite 301
Los Angeles, CA 90020


Par Funding
Attn: President or Corp. Officer
141 N. 2nd St.
Philadelphia, PA 19106


Prima Financial
Attn: President or Corp. Officer
680 Langsdorf Dr., Ste. 207
Fullerton, CA 92831


Prime Metals USA., Inc.
Attn: President or Corp. Officer
1440 N. Harbor Blvd., #640
Fullerton, CA 92835


Prime Metals USA., Inc.
C/o Lee Anav Chung White Kim Ruger
520 S Grand Ave., Ste. 1070
Los Angeles, CA 90071


Resnik Hayes Moradi LLP
17609 Ventura Blvd., Ste. 314
Encino, CA 91316


Sequoia Financial Services
Attn: President or Corp. Officer
28632 Roadside Dr., Ste.110
Agoura Hills, CA 91301


State Compensation Insurance Fund
Attn: President or Corp. Officer
Po Box 8192
Pleasanton, CA 94588
```

Stephen M. Cook
7210 Jordan Ave.
Canoga Park, CA 91303


Synchrony Bank/Amazon
Attn: President or Corp. Officer
Po Box 965060
Orlando, FL 32896


Synchrony Bank/Amazon
Attn: President or Corp. Officer
Po Box 71737
Philadelphia, PA 19176


Synchrony Bank/Chevron
Attn: President or Corp. Officer
Po Box 965060
Orlando, FL 32896


The Bank of Missouri
Attn: President or Corp. Officer
Po Box 788
Kirkland, WA 98083


TransUnion
Po Box 1000
Chester, PA 19022


U.S. Environmental Protection
Region IX
75 Hawthorne St.
San Francisco, CA 94105


U.S. Securities and Exchange
Commission
Attn: Bankruptcy Counsel
444 South Flower Street, Suite 900
Los Angeles, CA 90071-9591

United States Attorney's Office
Federal Building, Room 7516
300 North Los Angeles Street
Los Angeles, CA 90012


United States Department of Justice
Ben Franklin Station
Po Box 683
Washington, DC 20044


US Bank
Attn: President or Corp. Officer
Po Box 5229
Cincinnati, OH 45201


US Small Business Administration
Office of General Counsel
312 N. Spring St., 5th Floor
Los Angeles, CA 90012


Wells Fargo Bank, N.A.
Attn: President or Corp. Officer
1 Home Campus Mac X2303-01a
3rd Floor
Des Moines, IA 50328


Zamucen & Curren, LLP
Attn: President or Corp. Officer
17848 Sky Park Cir., Suite C
Irvine, CA 92614