

**FILED & ENTERED**

JUL 14 2023

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY kaaumoan DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA -- LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>JONG UK BYUN,<br><br><br><br>Debtor and Debtor-in-Possession | Case No.: 2:23-bk-12747-VZ<br><br>Chapter 11<br><br>**AMENDED ORDER AFTER INITIAL STATUS CONFERENCE IN CHAPTER 11 CASE** [TO CORRECT THE DATE IN THE CAPTION TO APRIL]**:**<br><br>1) SETTING DEADLINE FOR FILING PROOFS OF CLAIM AND REQUIRING COMPLIANCE WITH LOCAL BANKRUPTCY RULE 3003-1;<br><br>2) SETTING DEADLINE TO HOLD A HEARING ON OBJECTION TO CLAIMS; AND<br><br>3) SETTING HEARING ON MOTION FOR ORDER APPROVING ADEQUACY OF DISCLOSURE STATEMENT<br><br>Hearing on Motion to Approve Disclosure Stmt<br>DATE:     April 25, 2024<br>TIME:     11:00 a.m.<br>PLACE:   Courtroom 1368<br>             255 E. Temple Street<br>             Los Angeles, CA 90012 |

On June 22, 2023, a chapter 11 status conference was held in a bankruptcy case voluntarily filed by JONG UK BYUN ("Debtor").  Appearances are noted on the record.  Based on the status conference, **IT IS ORDERED**:

1) <u>September 8, 2023,</u> is the deadline for filing proofs of claim by non-government claimants. Debtor must comply with Local Bankruptcy Rule 3003-1 and F 3003-1.NOTICE.BAR.DATE is the mandatory LBR form that must be used;

2) <u>January 31, 2024,</u> is the deadline for a **hearing to be held** on objections to claims.  *Please consult this court's calendar of available hearing dates that meet this deadline*; and

3) <u>April 25, 2024</u> **at 11:00 a.m**. is set for a hearing on a motion for approval of adequacy of disclosure statement, **with related documents to be filed using forms required and set forth in the order setting initial status conference (docket #13)**.  The debtor is permitted to select an earlier hearing date for disclosure statement under the following conditions:

(a) The earlier hearing is on a Thursday at 11:00 a.m. that is available for the court; and

(b) The debtor is able to meet filing and service deadlines for an earlier hearing date.

###

Date: July 14, 2023

Vincent P. Zurzolo
United States Bankruptcy Judge

-2-