Giovanni Orantes, Esq., SBN. 190060
**THE ORANTES LAW FIRM, P.C.**
3435 Wilshire Blvd. – 27th Floor
Los Angeles, CA 90010
Tel: 213-389-4362
Fax: 877-789-5776
go@gobklaw.com

General Insolvency Counsel for Debtor
And Debtor-In-Possession

FILED & ENTERED

JUL 27 2023

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY vandenst DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA -- LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>Jong Uk Byun,<br><br>              Debtor and Debtor-in-Possession. | Case No. 2:23-bk-12747-VZ<br><br>Chapter 11<br><br>**ORDER DENYING MOTION TO DISMISS OR CONVERT CHAPTER 11 CASE**<br><br>**Hearing:**<br>Date:      July 11, 2023<br>Time:     11:00 A.M.<br>Place:    Courtroom 1368<br>            255 East Temple Street,<br>            Los Angeles, CA 90012 |

      A hearing was held on a MOTION TO DISMISS OR CONVERT CHAPTER 11 CASE ("Motion," docket #32). Appearances were as reflected on the record. Based on the findings and conclusions made at the hearing, IT IS ORDERED that the Motion is DENIED.

###

Date: July 27, 2023

_____
Vincent P. Zurzolo
United States Bankruptcy Judge