

**FILED & ENTERED**

**JUN 20 2024**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** carranza **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

In re:

Jong Uk Byun

Debtor(s).

Case No.: 2:23-bk-12747-VZ
CHAPTER 11

**ORDER SETTING NEW DATE FOR POST-CONFIRMATION STATUS CONFERENCE**

Current Hearing
Date: August 22, 2024
Time: 10:00 a.m.

Continued Hearing
Date: August 29, 2024
Time: 10:00 a.m.
Ctrm: 1368, Roybal Federal Building
   255 E. Temple St., Los Angeles, CA 90012

Based on the court's schedule, **IT IS ORDERED** that the post-confirmation status conference will take place on August 29, 2024 at 10:00 a.m. instead of on August 22, 2024.

###

Date: June 20, 2024

Vincent P. Zurzolo
United States Bankruptcy Judge

-1-